

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00032-CV

_____

K & M INVESTMENT, LLC, Appellant

V.

K & S ESTATE INVESTMENTS, LLC, Appellee

On Appeal from the County Court at Law
Lamar County, Texas
Trial Court No. 87018

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

K & M Investment, LLC, filed a timely notice of appeal on May 15, 2018. The clerk's record was filed on August 16, 2018, and the reporter's record was filed on August 28, 2018. The original deadline for K & M's appellate brief was September 27, 2018. On K & M's motion, this Court extended the briefing deadline to October 29, 2018. When neither a brief nor a motion to extend time for filing same was received by October 29, 2018, this Court advised K & M by letter dated November 14, 2018, that the brief was late. We further extended the deadline for filing the brief to November 29, 2018. We warned K & M that failure to file the brief by November 29, 2018, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

We have received no responsive communication from K & M and have not received its appellate brief. Having received no response to this Court's letter of November 14, 2018, K & M's appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).


Bailey C. Moseley
Justice

Date Submitted:     December 18, 2018
Date Decided:       December 19, 2018

2